United States District Court
Southern District of Texas
**ENTERED**
March 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRANDON THROWER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNIVERSALPEGASUS INTERNATIONAL, INC. and UNIVERSAL ENSCO, INC.,<br><br>*Defendants.* | C.A. NO. 3:19-cv-00068 |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AND ORDER OF DISMISSAL

Before the Court is the Joint Motion for Approval of Settlement (Dkt. 95), which asks the Court to approve the parties' settlement in this Fair Labor Standards Act collective action lawsuit pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is **GRANTED**.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (*i.e.*, the Named Plaintiff and those individuals who elected to participate in this case as opt-in plaintiffs, as identified by name on Exhibit A to the Settlement Agreement) and the Defendants. The Court further finds that the Total Settlement ($715,000), Attorney's Fees ($286,000), Service Award Payment ($10,000), and Case Expenses ($29,445.09) requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

Accordingly, the Court ORDERS that both the settlement of the claims of the Plaintiffs and the procedure to administer the settlement as set forth in the Settlement Agreement are approved. The Parties shall administer the settlement of the claims of the Plaintiffs as set forth in the Settlement Agreement.

IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiffs are DISMISSED WITH PREJUDICE, with each Party to bear its own fees and costs, except as set forth in the Settlement Agreement.

**SIGNED THIS 22nd day of March, 2024**

_____
**JUDGE ANDREW EDISON**